# WINTER, CHEWNING & GEARY, LLP
## ATTORNEYS

J. STEVE WINTER
DONALD J. CHEWNING
TIMOTHY P. GEARY
JOHN M. WEBSTER - OF COUNSEL

1607 WASHINGTON STREET • P.O. BOX 156 • TWO RIVERS, WI 54241-0156 • (920)793-1364 • FAX (920)793-5379

December 4, 2009

Hon. William Griesbach
US District Court Eastern District
125 S Jefferson St
PO Box 22490
Green Bay, WI 54305-2490

     RE:    *United State of America v. Marvin Thomas*
            Case No.: 09 CR 239

Dear Judge Griesbach:

     This letter is intended as a follow up to the evidentiary hearing that took place on Friday, December 4, 2009 in the matter of *United State of America v. Marvin Thomas.* Immediately after the hearing, I advised Narcotics Investigators Tim Bernklau and Eric Chang to appear in court for 9:30AM on Wednesday, December 9, 2009. I did not speak to Narcotics Investigator Brad Brodbeck, but all three of these preceding witnesses are individuals that I will in fact wish to call on Wednesday.

     It is my current expectation that these three witnesses are still under subpoena. Please advise as to whether or not the court shares my interpretation on this issue or if I need to prepare new applications for service. I appreciate the court's consideration with regard to these matters.

                            Sincerely,

                            **s/Timothy P. Geary**

                            Timothy P. Geary

TPG/rlw
cc     Marvin Thomas
       Atty. Tammy Jo Hock