UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

       Plaintiff,

      v.                           Case No. 09-CR-239

MARVIN THOMAS,

       Defendant.

---

### ORDER GRANTING DISMISSAL

---

Upon the government's request pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS HEREBY ORDERED** that leave of the Court is granted for the filing of the foregoing dismissal of the indictment in the above-referenced matter against the defendant, Marvin Thomas.

**SO ORDERED** this _____ day of December, 2009.

                                          WILLIAM C. GRIESBACH
                                        United States District Court Judge