UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

    v.                                    Case No. 09-CR-239

MARVIN THOMAS,

    Defendant.

## ORDER GRANTING DISMISSAL

Upon the government's request pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**IT IS HEREBY ORDERED** that leave of the Court is granted for the filing of the foregoing dismissal of the indictment in the above-referenced matter against the defendant, Marvin Thomas.

**SO ORDERED** this 8th day of December, 2009.

                                              s/ William C. Griesbach
                                            WILLIAM C. GRIESBACH
                                            United States District Judge